NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**AFFILIATED WESTERN, INC.,**
*Appellant*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Appellee*

———————————————

2018-1216

———————————————

Appeal from the Civilian Board of Contract Appeals in No. 4078, Administrative Judge Allan H. Goodman, Administrative Judge Catherine B. Hyatt, Administrative Judge Jeri Kaylene Somers.

———————————————

**JUDGMENT**

———————————————

PAUL HARVEY SANDERFORD, Sanderford & Carroll PC, Temple, TX, argued for appellant.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY, JOSEPH H. HUNT.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 14, 2019          /s/ Peter R. Marksteiner
      Date              Peter R. Marksteiner
                             Clerk of Court